UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MAGEN MULGADO, et al.,<br><br>Defendants. | No.  1:22-cv-00937-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 20) |

On February 15, 2023, the parties filed a joint stipulation dismissing the action without prejudice. (Doc. 20.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 16, 2023**          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE